IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KELLY J. RICHARDSON, and JAMES
POWELL, personally and as next friend for
I.R., a minor; and S.P., a minor;

No 3:14-cv-01027-YY

Plaintiffs,

ORDER

v.

EMILIE SCHUBERT, in her individual
Capacity; GINGER VAN WINKLE, in
her individual capacity; ERIN WIRTZ,
in her individual capacity; JENNIE SMITH,
in her individual capacity; KRISTIN LEMON,
in her individual capacity; CARLOS CRUTCH,
in his individual capacity; LINDSEY VERNOOY,
in her individual capacity; DANIELLE SANTILI-DAY,
in her individual capacity;

Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [168] on July 26, 2017, in which she recommends that this Court deny Plaintiff's Motion for Partial Summary Judgment

[157]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [168]. Accordingly, Plaintiff's Motion for Partial Summary Judgment [157] is denied.

IT IS SO ORDERED.

DATED this \_\_\_\_\_7\_\_\_\_\_ day of \_\_\_\_\_September\_\_\_\_\_, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER